## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

PATRICK LEWIS HUBBARD                                                    PLAINTIFF

     v.               Civil No.  5:17-cv-05056

**EDGAR GONZALEZ, Rogers
Transport Officer; DETECTIVE
EDDIE WEIMER, Rogers Police
Department; OFFICER T. DEVORE,
Benton County Detention Center (BCDC);
LIEUTENANT R. HOLT, BCDC;
DETECTIVE MIKE DIEHL, Benton County
Sheriff's Office; and SERGEANT MIKE
LIRA, BCDC**                                                            DEFENDANTS

### <u>JUDGMENT</u>

    For the reasons stated in the Opinion and Order filed this date, this case is

**DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).    The

dismissal of this case constitutes a strike pursuant to 28 U.S.C. § 1915(g).  The Clerk is

directed to place a § 1915(g) strike flag on the case.

    **IT IS SO ORDERED** on this ____6th____ day of July, 2017.


_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE